UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLE M. FORADORI,

        Plaintiff,

vs.

Case No. 05-CV-71830

HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO AWARD ATTORNEY FEES (DOC. # 24)

This matter is a Social Security case in which the plaintiff received a judgment remanding the case for further administrative findings on September 13, 2006, and subsequently filed a motion for an award of attorney fees in the amount of $4,114.00.

Plaintiff's motion is made pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Under this statute an award of attorney fees is appropriate in a judgment against the United States or agency thereof "unless the court finds the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A).

Before the court is the magistrate's report and recommendation to award plaintiff attorney fees and expenses in the amount of $4,114.00, for the reasons that plaintiff meets the standard under the EAJA and defendant does not object to such an award. The court is in agreement with the magistrate's report.

Accordingly, the Magistrate's report and recommendation is adopted as the order of the court. Plaintiff's motion is hereby GRANTED.

IT IS SO ORDERED.


Dated: May 24, 2007

                                                    S/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 24, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---